FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL HERNANDEZ,<br>Defendant. | Case No. 8:24-CR-000050-FWS-1<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her probation; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the reasons stated on the record during the hearing, including the fact that defendant has new serious arrest while on supervision, defendant resides at a homeless shelter, has no bail resources, and pretrial services recommendation of detention. All of which reflect unwillingness to comply with the terms of supervision.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 9/28/24

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge